Ed. Poncher, trading as Ed. Poncher & Company, appellant, v. Sterling Bolt Company, appellee. Gen. No. 35,477.

Opinion filed May 17, 1932.
Harold L. Feigenholtz, for appellant; Sidney Rubin, of counsel. Kessler, Tobin & Miller, for appellee; Leon M. Miller, of counsel.
Mr. Justice Kerner delivered the opinion of the court.

William Siegel, appellant, v. Solomon Benamy, appellee. Gen. No. 35,492.

Opinion filed May 17, 1932.
Irving L. Block, for appellant. Irving Zimmerman, for appellee.
Mr. Justice Kerner delivered the opinion of the court.

Abbot Ventilating Company, appellee, v. Edward W. Kaiser and Albert G. Kaiser, trading as E. B. Kaiser, appellants. Gen. No. 35,501.

Opinion filed May 17, 1932.
Dennis J. O'Toole, for appellants. No appearance for appellee.
Mr. Justice Kerner delivered the opinion of the court.

Elizabeth Ryan, appellee, v. Singer Sewing Machine Company, Inc., appellant. Gen. No. 35,525.

Opinion filed May 17, 1932. Rehearing denied and additional opinion filed June 2, 1932.
John A. Bloomingston, for appellant. Philip Rosenthal, for appellee; Stuart B. Krohn, of counsel.
Mr. Justice Kerner delivered the opinion of the court.

Hynek M. Howell, appellee, v. Max Dietz, appellant. Gen. No. 35,562.

Opinion filed May 17, 1932. Rehearing denied May 31, 1932.
George J. Avery, for appellant. Shaeffer & Shaeffer, for appellee.
Mr. Justice Kerner delivered the opinion of the court.